```
                          United States Bankruptcy Court
                           Eastern District of California
In re:                                                       Case No. 11-24621-A
Daniel Wayne Alsup                                           Chapter 7
Barbara Lynn Alsup
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0972-2       User: admin              Page 1 of 1           Date Rcvd: Jun 17, 2011
                           Form ID: L51             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2011.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          E-mail/Text: 2dougwhatley@gmail.com Jun 18 2011 01:29:09   Douglas M. Whatley,   PO Box 538,
             Folsom, CA   95763-0538
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2011**                     **Signature:**      *Joseph Speetjens*

| FORM L51 Final Decree (v.7.06) | | 11-24621 - A - 7 |
|---|---|---|
|  | UNITED STATES BANKRUPTCY COURT<br>Eastern District of California<br><br>Robert T Matsui United States Courthouse<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814<br><br>(916) 930-4400<br>www.caeb.uscourts.gov<br>M-F 9:00 AM - 4:00 PM | **FILED**<br><br>**6/17/11**<br><br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>auto |

# FINAL DECREE

Case Number:  11-24621 - A - 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Daniel Wayne Alsup
xxx-xx-6678

3928 Stedway Court
Sacramento, CA 95827

Barbara Lynn Alsup
xxx-xx-5665

3928 Stedway Court
Sacramento, CA 95827

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**

Daniel W. Alsup
Dan Alsup
Alsup Consulting
Alsup Technologies

Barbara L. Alsup

Trustee:    Douglas M. Whatley
PO Box 538
Folsom, CA 95763-0538

Telephone Number:    (916) 404-0812

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7-500, Sacramento, CA 95814
For cases in the Fresno Division:   2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
6/17/11

For the Court,
Wayne Blackwelder , Clerk